DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VERBATIM REPORTING PUERTO RICO LLC<br>*Plaintiff(s)*<br>v.<br>MARGARET E. McARVER, JAMES LEE GEARHART AND THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM; MARTY McARVER REALTIME REPORTING, INC.; JOHN DOE; AND RICHARD ROE<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 16-CV-1051 (PAD)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:

MARGARET E. McARVER

1357 ASHFORD AVE. PMB 454 SAN JUAN, PR 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BELK AND GROVAS LAW OFFICES
PO BOX 194927
SAN JUAN, PR 00919-4927
PHONE: 787-754-2424 / FAX: 787-754-2454
E-MAIL: BELKGROVAS@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

**ANTONIO RODRIGUEZ**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

Date: 01/12/2016

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| VERBATIM REPORTING PUERTO RICO LLC <br> *Plaintiff(s)* <br> v. <br> MARGARET E. McARVER, JAMES LEE GEARHART AND THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM; MARTY McARVER REALTIME REPORTING, INC.; JOHN DOE; AND RICHARD ROE <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-CV-1051 (PAD) |

## SUMMONS IN A CIVIL ACTION

To:

**JAMES LEE GEARHART**

**1357 ASHFORD AVE. PMB 454 SAN JUAN, PR 00907**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> BELK AND GROVAS LAW OFFICES
> PO BOX 194927
> SAN JUAN, PR 00919-4927
> PHONE: 787-754-2424 / FAX: 787-754-2454
> E-MAIL: BELKGROVAS@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:

01/12/2016

**ANTONIO RODRIGUEZ**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| VERBATIM REPORTING PUERTO RICO LLC<br>*Plaintiff(s)*<br>v.<br>MARGARET E. McARVER, JAMES LEE GEARHART AND THE CONJUGAL PARTNERSHIP CONSTITUTED BETWEEN THEM; MARTY McARVER REALTIME REPORTING, INC.; JOHN DOE; AND RICHARD ROE<br>*Defendant(s)* | Civil Action No. 16-CV-1051(PAD) |

## SUMMONS IN A CIVIL ACTION

To:

CONJUGAL PARTNERSHIP GEARHART-McARVER

1357 ASHFORD AVE. PMB 454 SAN JUAN, PR 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BELK AND GROVAS LAW OFFICES
PO BOX 194927
SAN JUAN, PR 00919-4927
PHONE: 787-754-2424 / FAX: 787-754-2454
E-MAIL: BELKGROVAS@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

**ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

Date:

01/12/2016

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

VERBATIM REPORTING PUERTO RICO LLC )
) 
*Plaintiff(s)* )
v. ) Civil Action No. 16-CV-1051(PAD)
MARGARET E. McARVER, JAMES LEE GEARHART )
AND THE CONJUGAL PARTNERSHIP CONSTITUTED )
BETWEEN THEM; MARTY McARVER REALTIME )
REPORTING, INC.; JOHN DOE; AND RICHARD ROE )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To:

MARTY McARVER REALTIME REPORTING, INC.

530 AVE. DE LA CONSTITUCIÓN SAN JUAN, PR 0091-2304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BELK AND GROVAS LAW OFFICES
PO BOX 194927
SAN JUAN, PR 00919-4927
PHONE: 787-754-2424 / FAX: 787-754-2454
E-MAIL: BELKGROVAS@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

**ANTONIO RODRIGUEZ**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

Date:

01/12/2016